| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>Rendell, Marjorie O | 2. Court or Organization<br>USCA - 3CA - Philadelphia | 3. Date of Report<br>5/10/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Court Judge (Active) | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date<br><br>◯ Initial  ◉ Annual  ◯ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>601 Market Street, Room 21613<br>Philadelphia, PA 19106-1598 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Chair | Avenue of the Arts, Inc. |
| 2. Director | Regional Performing Arts Center |
| 3. Chair, Board of Overseers | School of Nursing, University of Pennsylvania |
| 4. Board member | Penn Medicine |
| 5. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | City of Philadelphia - pension |
| 2. | 2003 | University of Pennsylvania - Adjunct (9/03-12/03) |
| 3. | 2003 | Ballard Spahr - earnigs as partner (1/01/03 - 1/20/03) |
| 4. | 2003 | Commonwealth of Pennsylvania - earnings for services as Governor (1/21/03-12/31/03) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | National Conference of Bankruptcy Judges and Commercial Law League | Speaker at NCBJ Conference 10/15 - 10/18/03 in San Diego, CA - registration, transportation, good and lodging |
| 2. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Torresdale-Frankford Country Club | honorary golf membership - See VIII | |
| 2. | West Shore Country Club | honorary golf membership - See VIII | |
| 3. | Blue Ridge Country Club | honorary golf membership - See VIII | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Cape Savings Bank, Cape May, NJ | Construction/permanent loan on rental property | N |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Schwab Money Market & Cash | A | Dividend | J | T | | | | | |
| 2. Vanguard F/I Short Term Corp. | | None | | | Sell | 05/09 | L | C | |
| 3. Federated 1-3 year US Gov't Sec. | B | Dividend | L | T | Buy | 05/08 | L | | |
| 4. Brandywine | A | Dividend | K | T | PartSell | 08/06 | K | A | |
| 5. DFA one year fixed | B | Dividend | M | T | Buy | 05/09 | M | | |
| 6. DFA U.S. 9-10 Small Co. | A | Dividend | K | T | PartSell | 08/06 | J | A | |
| 7. Dodge & Cox stock | C | Dividend | M | T | | | | | |
| 8. Dreyfus S.I. Govt. | B | Dividend | | | Sell | 05/08 | L | A | |
| 9. FAM Value | A | Dividend | K | T | PartSell | 08/06 | J | B | |
| 10. Fasciano | A | Dividend | K | T | Buy | 08/06 | J | | |
| 11. Janus Fund | A | Dividend | L | T | Buy | 08/06 | K | | |
| 12. Janus Adviser Growth Fund | | None | | | Sell | 08/06 | K | A | |
| 13. Janus Adviser Int'l Fund | A | Dividend | K | T | | | | | |
| 14. Royce Opportunity | C | Dividend | L | T | | | | | |
| 15. Morgan Stanley Trust Value Fund (formerly MAS) | A | Dividend | | | Sell | 05/08 | K | A | Account |
| 16. Morgan Stanley Emerging Mkts. | A | Dividend | J | T | Buy | 03/26 | J | | |
| 17. Morgan Stanley Int'l Equity | A | Dividend | K | T | Buy | 08/06 | K | | |
| 18. MFS Mass. Investors Trust | A | Dividend | K | T | Buy | 08/06 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. 19.Montgomery Emerging Mkts. | A | Dividend | | — | Sell | 03/26 | J | A | |
| 20. 20. First Eagle SoGen Global Class I (form. SoGen Int'l) | B | Dividend | K | T | PartSell | 08/06 | J | C | |
| 21. 21. Hotchkis & Wiley Mid-Cap Value | A | Dividend | K | T | Buy | 05/08 | K | | |
| 22. 22. Stoneridge Small Cap | A | Dividend | K | T | | | | | |
| 23. 23. Julius Baer Int'l Equity | A | Dividend | K | T | | | | | |
| 24. 24. Westcore Mid-Cap Oppty Fd | A | Dividend | L | T | Part-Sell | 08/06 | J | A | |
| 25. 25. Westcore MIDCO Growth | A | Dividend | L | T | Part-Sell | 08/06 | K | A | |
| 26. 26.Schwab Money Market & Cash | A | Dividend | J | T | | | | | |
| 27. 27. MFS Emerging Growth | A | Dividend | | | Sell | 03/10 | J | A | |
| 28. 28. FirstEagle SoGen Global Class I (form. SoGen Int'l) | B | Dividend | K | T | | | | | |
| 29. 29. William Blair Growth | A | Dividend | J | T | Buy | 03/10 | J | | |
| 30. 30. Thornberg Value Fund | A | Dividend | J | T | Buy | 03/15 | J | | |
| 31. 31.. Schwab Money Mkt & Cash | A | Dividend | J | T | | | | | |
| 32. 32. First Eagle SoGen Global (form. SoGen Int'l) | A | Dividend | J | T | PartSell | 03/31 | K | A | |
| 33. 33. Dodge & Cox Stock | A | Dividend | J | T | Buy | 03/31 | J | | |
| 34. 34.Federated 1-3 Yr. U.S. Gov't Sec. | A | Dividend | K | T | Buy | 03/31 | K | | |
| 35. 35. Julius Baer Int'l Equity Fund | A | Dividend | J | T | Buy | 03/31 | J | | |
| 36. 36. Morgan Stanley Int'l Equity | A | Dividend | J | T | Buy | 03/31 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 3 of 5

Name of Person Reporting
Rendell, Marjorie O

Date of Report
5/10/2004

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Newberger Berman Fasciano Fund | A | Dividend | J | T | Buy | 03/31 | J | | |
| 38. Royce Opportunity Fund | A | Dividend | J | T | Buy | 03/31 | J | | |
| 39. Westcore Mid Cap Opportunity | A | Dividend | J | T | Buy | 03/31 | J | | |
| 40. Westcore Growth | A | Dividend | J | T | Buy | 03/31 | J | | |
| 41. Westcore Midco Growth | A | Dividend | J | T | Buy | 03/31 | J | | |
| 42. Schwab Money Mkt & Cash | A | Dividend | J | T | | | | | |
| 43. Stoneridge Small Cap | A | Dividend | J | T | | | | | |
| 44. William Blair Growth | A | Dividend | K | T | PartSell | 08/06 | K | A | |
| 45. Dodge & Cox stock | A | Dividend | K | T | Buy | 08/06 | J | | |
| 46. Morgan Stanley Int'l Equity | A | Dividend | K | T | Buy | 08/06 | J | | |
| 47. Advanced Med Optics (spinoff Allergan) | A | Dividend | J | T | | | | | |
| 48. Abbott Labs - common stock | A | Dividend | J | T | | | | | |
| 49. Allergan - common stock | A | Dividend | L | T | Sell | 06/05 | L | E | |
| 50. Allergan - common stock | A | Dividend | L | T | Gift | 12/24 | J | | Gift - See VIII |
| 51. Beckman Coulter | A | Dividend | K | T | | | | | |
| 52. Coca Cola - common stock | A | Dividend | K | T | | | | | |
| 53. E.I. DuPont de Nemours - common stock | B | Dividend | K | T | | | | | |
| 54. Federal Nat'l Mortgage Assoc. | B | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# FINANCIAL

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. General Electric – common stock | B | Dividend | L | T | | | | | |
| 56. Loews Int'l | A | Dividend | K | T | | | | | |
| 57. McDonalds Corp. | A | Dividend | K | T | | | | | |
| 58. Pepsico Inc. | A | Dividend | K | T | | | | | |
| 59. GlaxoSmithKline (form. SmithKlineBeecham) | C | Dividend | M | T | | | | | |
| 60. Sprint FON Group | A | Dividend | K | T | | | | | |
| 61. Sprint PCS Group | A | Dividend | J | T | | | | | |
| 62. Wal-Mart Stores, Inc. | A | Dividend | K | T | | | | | |
| 63. Wells Fargo & Co. | B | Dividend | L | T | | | | | |
| 64. Westcore Mides Growth | A | Dividend | K | T | Buy | 08/06 | J | | |
| 65. Baron Growth | A | Dividend | K | T | | | | | |
| 66. DFA Tax Mgd US 5-10 Value | A | Dividend | K | T | | | | | |
| 67. DFA US 9-10 Small Co. | B | Dividend | K | T | PartSell | 08/06 | K | B | |
| 68. Dodge & Cox Stock | A | Dividend | K | T | Buy | 08/06 | K | | |
| 69. First Eagle Overseas CLI | A | Dividend | J | T | Buy | 08/06 | J | | |
| 70. Janus Fund | A | Dividend | K | T | Buy | 08/06 | J | | |
| 71. Janus Adviser Int'l Fund | A | Dividend | K | T | | | | | |
| 72. Morgan Stanley Int'l Equity | A | Dividend | K | T | Buy | 08/06 | K | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. Royce Opportunity Fund | A | Dividend | J | T | Buy | 08/06 | J | | |
| 74. Schwab Money Market & Cash | A | Dividend | L | T | | | | | |
| 75. Sound Shore | A | Dividend | K | T | PartSell | 08/06 | K | C | |
| 76. Dreyfus Short/Int Muni Bond Fund | A | Dividend | | | Sell | 05/08 | L | A | |
| 77. Federated Short Term Muni Bond Fund | B | Dividend | L | T | Buy | 05/08 | L | | |
| 78. Scudder ST Muni Bond Fund | C | Dividend | M | T | Buy | 08/06 | K | | |
| 79. Allergan - common stock | A | Dividend | | | Sell | 08/08 | J | D | |
| 80. BP AMOCO PLC ADR (acq. Atlantic Richfield) | A | Dividend | | | Sell | 08/08 | J | A | |
| 81. DuPont - common stock | A | Dividend | J | T | | | | | |
| 82. DFA Tax Mgd U.S. 5-10 Value | A | Dividend | J | T | | | | | |
| 83. Dodge & Cox Stock | A | Dividend | J | T | | | | | |
| 84. Janus Adviser Int'l Fund | A | Dividend | J | T | | | | | |
| 85. Fasciano | A | Dividend | J | T | | | | | |
| 86. MFS Mass Investors Trust | A | Dividend | J | T | | | | | |
| 87. First Eagle SoGen Global Class I (form SoGen Int'l) | A | Dividend | J | T | | | | | |
| 88. Sound Shore | A | Dividend | J | T | | | | | |
| 89. Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 90. Rental property in Ocean City, NJ (2000 - S645,000) | E | Rent | O | R | | | | | |

1. Income/Gain Codes: A = $1,000 or less B = $1,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000
   (See Columns B1 and D4) F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000
   (See Columns C1 and D3) N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000 P4 = More than $50,000,000
3. Value Method Codes: Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market
   (See Column C2) U = Book Value V = Other W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Part V. GIFTS
Honorary golf memberships with Torresdale-Frankford Country Club, West Shore Country Club, and Blue Ridge Country Club: If I were to become a member of these clubs, I am certain that initial fees and ongoing fees would be several thousands of dollars; however, I use these memberships infrequently, and estimate the value to me, based on use, to be less than a thousand dollars.


Part VII: INVESTMENTS AND TRUSTS
Line 50: Allergan - Value (L)
        Donated on 12/24/03
            - One-half to Lincoln University
            - One-half to National Constitution Center

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Rendell, Marjorie O | 5/10/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Date  5/18/04

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544